SIDNEY S. BACHRACH, as Administrator of the Estate of PHYLLIS H. BACHRACH, Deceased, Respondent-Appellant, *v.* AETNA INSURANCE COMPANY, Appellant-Respondent.

Supreme Court, Appellate Term, First Department, November 17, 1966.

*Emile Z. Berman, A. Harold Frost, Leonard Sheft* and *Sheila L. Birnbaum* for appellant-respondent. *George M. Aronwald* for respondent-appellant.

Judgment unanimously affirmed, with $25 costs to plaintiff. No opinion.

Concur — STREIT, J. P., GOLD and HOFSTADTER, JJ.

Judgment affirmed, etc.